UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT HERNANDEZ ROBLES, JR., <br><br> Petitioner, <br><br> v. <br><br> PARENT OR APPARENT, <br><br> Respondent. | CASE NO. ED CV 14-1046-R (PJW) <br><br> ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's fifth attempt to challenge his 1996 state conviction for second degree murder. His first petition was denied as untimely. *See Robles v. Court*, ED CV 12-158-R (PJW), April 26, 2012 Order Accepting Report and Recommendation of United States Magistrate Judge. This constituted a decision on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009). Thereafter, Petitioner filed three more petitions, challenging the same conviction, which were dismissed as second or successive. *See Robles v. United States*, ED CV 13-284-R (PJW), March 6, 2013 Order Dismissing Second or Successive Petition; *Robles v. Biter*, ED CV 14-662-R (PJW), April 14, 2014 Order Dismissing Second or Successive Petition; *Robles v. Biter*, ED CV 14-816-R (PJW), April 30, 2014 Order Dismissing Second or Successive Petition. The instant petition, his

1  fifth, is also second and/or successive and is subject to dismissal on
2  that ground.  *See* 28 U.S.C. § 2244; *McNabb*, 576 F.3d at 1029-30
3  (holding dismissal of habeas petition for untimeliness renders
4  subsequent petitions second or successive).  Absent an order from the
5  Ninth Circuit Court of Appeals, the Court does not have jurisdiction
6  to entertain a second or successive petition.  *See* 28 U.S.C.
7  § 2244(3)(A).  For that reason, the Petition is dismissed.
8      Further, the Court finds that Petitioner has not made a
9  substantial showing of the denial of a constitutional right or that it
10 erred in its procedural ruling and, therefore, a certificate of
11 appealability will not issue in this action.  *See* 28 U.S.C.
12 § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
13 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
14     IT IS SO ORDERED.
15     DATED: <u>May 30</u>, 2014.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

 /S/ PATRICK J. WALSH
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

28 C:\Temp\notesD30550\cved141046Ord_dismiss_successive pet.wpd