UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT HERNANDEZ ROBLES, JR., ) <br> ) <br> Petitioner, ) <br> ) <br>     v.                      ) <br> ) <br> PARENT OR APPARENT,          ) <br> ) <br> Respondent.     ) <br> _____) | CASE NO. ED CV 14-1046-R (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED:    May 30, 2014   .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\cved141046Judgment.wpd